[EDITORS' NOTE: THIS PAGE CONTAINS HEADNOTES. HEADNOTES ARE NOT AN OFFICIAL PRODUCT OF THE COURT, THEREFORE THEY ARE NOT DISPLAYED.] *Page 544 
Judgment in favor of the Employers' Liability Assurance Corporation, Ltd., modified by reducing the recovery from $17,720.32 to $16,229.98, and as so modified affirmed, with costs.
Judgment against Hall, as receiver, etc., affirmed, with costs. No opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. *Page 545